UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JODY HOLLAND,

    Plaintiff,

v.                                              Case No: 2:14-cv-134-FtM-38DNF

STEVEN RIZZA, VINCENT CARLUCCI, JR. , ASHLEY CROSS, DALE SCOTT, RAYMOND KUGLER and WILLIAM P. WISE,

    Defendants.
_____/

# ORDER[1]

This matter comes before the Court on the Parties Joint Stipulation for Substitution of Law Firm Construed as a Motion (Doc. #45) filed on September 11, 2014. The Defendant Raymond Kugler moves the Court to substitute the law firm of Stoler Russell Keener Verona, 201 N. Franklin Street, Suite 3050, Tampa, FL 33602 for the law firm of Burr & Forman, LLP. As grounds for the substitution, Kugler states that attorneys Robert M. Stoler and Catherine M. Verona have left the firm of Burr & Forman and joined the firm of Stoler Russell Keener Forman. Kugler requests that attorneys Stoler and Verona continue to represent him in this matter. Therefore, the Court finds good cause to grant the substitution.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

The Parties Joint Stipulation for Substitution of Law Firm Construed as a Motion (Doc. #45) is **GRANTED**.

(1) The law firm of Stoler Russell Keener Verona, is substituted as counsel of record for the Defendant Kugler.

(2) The law firm of Burr & Foreman, LLP is hereby released from any further responsibility in this case. The Clerk of the Court is directed to remove the law firm of Burr & Foreman, LLP from the Court's electronic notification system in this case.

(3) All future correspondence, motions, filings, and documents filed in this case are to be directed to Robert M. Stoler and Catherine M. Verona of the law firm Stoler Russell Keener Verona, 201 N. Franklin Street, Suite 3050, Tampa, FL 33602.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record